IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION, et al., | )<br>)<br>) Case No. CV-02-009-E-BLW |
| Plaintiffs, | )<br>) |
| v. | ) JUDGMENT<br>) |
| UNITED STATES OF AMERICA, et al., | )<br>) |
| Defendants. | ) |

In accordance with the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of Defendants and that this case be dismissed in its entirety.



DATED: October 16, 2006

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**